UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN HAMM,
        Plaintiff,

v.                                                                                              CIVIL ACTION NO.
                                                                                                08-11000-MBB

UNITED STATES OF AMERICA,
        Defendant.

## FINAL JUDGMENT
July 30, 2010

**BOWLER, U.S.M.J.**

In accordance with the Joint Motion for Dismissal of Action, it is **ORDERED** that this action is hereby **DISMISSED** with each party to bear its own costs, fees, including attorney's fees and expenses.

                                              /s/ Marianne B. Bowler
                                              **MARIANNE B. BOWLER**
                                              United States Magistrate Judge